UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOAN PARKS SHRADER, individually and as trustee of the testamentary trust created under the Last Will and Testament of Hugh E. Shrader, Sr., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RANCHLAND WIND PROJECT, LLC, et al.,<br><br>Defendants. | No. 1:23-CV-096-H |

### ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 30. The joint motion is granted. It is ordered that the plaintiffs' claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

In light of the agreed motion to dismiss, the defendants' pending motion for summary judgment (Dkt. No. 27) is denied as moot.

So ordered on May 31, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE